| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | FILED'10 OCT 22 13:56USDC-ORP | CR04-00632-R |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | CR'10 - 432 MO |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Allen Bryson | CALIFORNIA | CENTRAL |
| | NAME OF SENTENCING JUDGE | |
| | THE HONORABLE MANUEL L. REAL | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |

**OFFENSE**
18 U.S.C. 1792: Riot at Federal Penal Facility (Count 1) Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Oregon___ upon that Court's order of acceptance of jurisdiction. ~~This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.~~*

___Oct. 4, 2010___       ___[signature]___
Date                              United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___OREGON___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___22 Oct 10___       ___[signature]___
Effective Date                United States District Judge

United States District Court
Central District of California

ORIGINAL

UNITED STATES OF AMERICA vs.                      CR 04-632-R
Defendant **ALLEN LEE BRYSON**                    S.Security #-------6605
    T/N: ALLEN LEE BRYSON, JR.
Residence: Metropolitan Detention Center    Mailing: SAME
           535 North Alameda Street
           Los Angeles, Ca 90012

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: **OCTOBER 31, 2005**
                                   Month / Day / Year

COUNSEL:
____ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
**XX** WITH COUNSEL **Richard Lasting, appointed**

**XX** PLEA:
**XX** GUILTY, and the Court being satisfied that there is a factual basis for the plea.
____ NOLO CONTENDERE          ____ NOT GUILTY

FINDING:
There being a jury verdict of ____ GUILTY, defendant has been convicted as charged of the offense(s) of: Riot at Federal Penal Facility in violation of Title 18 USC 1792 as charged in count 1 of the indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

Sixty-three (63) months, to be served concurrently to any sentence the defendant may be currently serving.

IT IS FURTHER ADJUDGED that upon release from imprisonment defendant shall be placed on supervised release for three (3) years, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing as instructed by the Probation Officer, up to three times per month, and shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; 3) during the course of supervision, with the agreement of defendant and defense counsel, the Probation Officer may place the defendant in a residential drug treatment program approved by the Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until

-- GO TO PAGE TWO --

____ Priority
__✓__ Send
____ Clsd
____ Enter
____ JS-5/JS-6
__✓__ JS-2/JS-3

Deputy Clerk

U.S.A. V. ALLEN LEE BRYSON                                      CR 04-632-R
-- CONTINUED FROM PAGE ONE --                                   PAGE TWO

## JUDGMENT AND PROBATION/COMMITMENT ORDER

discharged by the Program Director and Probation Officer; if the defendant is not eligible for a residential treatment program, placement in a halfway house should be made; 4) shall, as directed by the Probation Officer, pay all or part of the costs for the defendant's drug treatment to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672, and shall provide payment and proof of payment as directed by the Probation Officer; 5) shall during the period of community service pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 6) shall cooperate in the collection of a DNA sample from the defendant.

IT IS FURTHER ORDERED that defendant pay a special assessment of $100.00, which is due immediately.

IT IS FURTHER ORDERED defendant pay restitution in the amount of $19,464.00 to Federal Bureau of Prisons, U.S. Penitentiary Lompoc, 3901 Klein Blvd, Lompoc, CA 93436, and payments shall be made pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program at the rate of not less than $25.00 per quarter; and the defendant shall be held jointly and severally liable for said amount of restitution with his co-defendants in this action.

IT IS FURTHER ORDERED that all fines and costs of imprisonment are waived.

IT IS FURTHER ORDERED that any remaining counts are dismissed.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____
                              MANUEL L. REAL

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk of Court

United States Probation Office
Dated/Filed Nov 1, 2005                 By _____
                                        William _____, Deputy Clerk

These conditions have been read Month/day/Year the conditions, and have been provided a copy of them.

_____  8/17/10
Defendant                 Date

_____  8/17/10
U.S. Probation Officer    Date

1077

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____