Case 2:04-cr-00632-R   Document 306-1   Filed 10/27/10   Page 1 of 1   Page ID #:237



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

FILED 10 NOV 12 16:22 USDC-ORP

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date:

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk, United States District Court
District of Oregon
1000 Southwest Third Avenue
Portland, OR 97204-2802

Re: Transfer of Our Case No.  2:04-CR-00632-R-2

     Assigned Your Case No.  CR 10-00432 MO

     Case Title:  USA -v- Allen Bryson

Dear Sir/Madam:

☐    Enclosed are the original and one copy of Probation Form 22, Transfer of Jurisdiction, in the above-entitled matter which has been approved by this court. Please present them to your court for approval.

    Upon approval, please return the **original** to this office and we will send you the necessary documents from our file. If you assign a case number at this time, please indicate same on the copy of this letter and return that also.

☑    Transfer of probationary jurisdiction to your district having been approved in the above-entitled matter, enclosed are the certified copies of: 1) indictment/information, and 2) judgment and probationary order.

    Please acknowledge receipt of these documents on the copy of this letter and return to this district.

          Sincerely,

          Clerk, U.S. District Court

          By  C. Brizuela. carlos_brizuela@cacd.uscourts.gov
             Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin

---

### Acknowledgment of Receipt

Receipt is hereby acknowledged of the enclosures referred to above.

          Clerk, U.S. District Court

11/12/10
Date

          By *(signature)*
          Deputy Clerk

---

Case 2:04-cr-00632-R   Document 306   Filed 10/27/10   Page 1 of 1   Page ID #:238

PROB 22
(Rev. 2/88)

FILED '10 OCT 22 13:56 USDC-ORP

**TRANSFER OF JURISDICTION**

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | CR04-00632-R |
| | DOCKET NUMBER *(Rec. Court)* |
| | **CR'10-432 MO** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Allen Bryson | CALIFORNIA | CENTRAL |

CLERK, U.S. DISTRICT COURT
OCT 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| THE HONORABLE MANUEL L. REAL |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | | |

**OFFENSE**

18 U.S.C. 1792: Riot at Federal Penal Facility (Count 1) Class C Felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___ CENTRAL ___ DISTRICT OF ___ CALIFORNIA ___

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Oregon___ upon that Court's order of acceptance of jurisdiction. ~~This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.~~ *

      Oct. 4, 2010
      *Date*

                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___ OREGON ___

      IT IS HEREBY ORDERED that jurisdiction over the above named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Certified to be a true and correct
copy of original filed in this District
Dated ___10/22/10___
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _____
Pages ___/___ Through ___/___

22 Oct 10
*Effective Date*

                           *United States District Judge*

11/9/10

I hereby attest and certify that the foregoing document is a full, true & correct copy of the original on file in my office, and in my legal custody.
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By ____ Deputy

**UNITED STATES DISTRICT COURT**
**Central District of California**

ORIGINAL

UNITED STATES OF AMERICA vs.                    CR 04-632-R

Defendant **ALLEN LEE BRYSON**              S.Security #------6606

   T/N: ALLEN LEE BRYSON, JR.

Residence: Metropolitan Detention Center   Mailing: SAME

   535 North Alameda Street

   Los Angeles, Ca 90012

-----------------------------------------------------

JUDGMENT AND PROBATION/COMMITMENT ORDER

-----------------------------------------------------

         In the presence of the attorney for the government, the defendant
appeared in person, on: OCTOBER 31, 2005
                        Month / Day / Year

COUNSEL:

         ____ WITHOUT COUNSEL
         However, the court advised defendant of right to counsel and asked if
defendant desired to have counsel appointed by the Court and the defendant thereupon
waived assistance of counsel.
         XX  WITH COUNSEL Richard Lasting, appointed

XX PLEA:

         XX  GUILTY, and the Court being satisfied that there is a
factual basis for the plea.

         ____ NOLO CONTENDERE              ____ NOT GUILTY

FINDING:

         There being a jury verdict of____ GUILTY, defendant has been
convicted as charged of the offense(s) of: Riot at Federal Penal
Facility in violation of Title 18 USC 1792 as charged in count 1 of
the indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the
contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: it is the
judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

         Sixty-three (63) months, to be served concurrently to any
sentence the defendant may be currently serving.

         IT IS FURTHER ADJUDGED that upon release from imprisonment
defendant shall be placed on supervised release for three (3) years,
under the following terms and conditions: the defendant 1) shall
comply with the rules and regulations of the U.S. Probation Office and
General Order 318; 2) shall participate in outpatient substance abuse
treatment and submit to drug and alcohol testing as instructed by the
Probation Officer, up to three times per month, and shall abstain from
using illicit drugs, alcohol, and abusing prescription medications
during the period of supervision; 3)during the course of supervision,
with the agreement of defendant and defense counsel, the Probation
Officer may place the defendant in a residential drug treatment
program approved by the Probation Office for treatment of narcotic
addiction or drug dependency, which may include counseling and
testing, to determine if the defendant has reverted to the use of
drugs, and the defendant shall reside in the treatment program until

GO TO PAGE TWO --

____ Priority
__ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

Deputy Clerk

247

U.S.A. V. ALLEN LEE BRYSON                          CR 04-632-R
-- CONTINUED FROM PAGE ONE --                          PAGE TWO
===================================================================
## JUDGMENT AND PROBATION/COMMITMENT ORDER
===================================================================
discharged by the Program Director and Probation Officer; if the
defendant is not eligible for a residential treatment program,
placement in a halfway house should be made; 4) shall, as directed by
the Probation Officer, pay all or part of the costs for the
defendant's drug treatment to the aftercare contractor during the
period of community supervision, pursuant to 18 USC 3672, and shall
provide payment and proof of payment as directed by the Probation
Officer; 5) shall during the period of community service pay the
special assessment and restitution in accordance with this judgment's
orders pertaining to such payment; 6) shall cooperate in the
collection of a DNA sample from the defendant.

        IT IS FURTHER ORDERED that defendant pay a special assessment of
$100.00, which is due immediately.

        IT IS FURTHER ORDERED defendant pay restitution in the amount of
$19,464.00 to Federal Bureau of Prisons, U.S. Penitentiary Lompoc,
3901 Klein Blvd, Lompoc, CA 93436, and payments shall be made pursuant
to the Bureau of Prisons' Inmate Financial Responsibility Program at
the rate of not less than $25.00 per quarter; and the defendant shall
be held jointly and severally liable for said amount of restitution
with his co-defendants in this action.

        IT IS FURTHER ORDERED that all fines and costs of imprisonment
are waived.

        IT IS FURTHER ORDERED that any remaining counts are dismissed.


In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release
set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision,
and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation
occurring during the supervision period


Signed by: District Judge _____
                                        MANUEL L. REAL

It is ordered that the Clerk deliver a copy of this Judgment and
Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                        Sherri R. Carter, Clerk of Court

Dated/Filed   Nov. 1, 2005          By _____
              Month / Day / Year           William Horrell, Deputy Clerk

1077

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;

2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;

3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5. the defendant shall support his or her dependents and meet other family responsibilities;

6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;

10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;

15. the defendant shall not possess a firearm or other dangerous weapon;

16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated
by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____   BY: _____

## C E R T I F I C A T E

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____   BY: _____

# NOTICE PARTY SERVICE LIST

Case No. CR04·632·R    Case Title USA -V- Bryson

Title of Document Judgment

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| ✓ | BOP (Bureau of Prisons) |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | CA St Pub Defender (Calif. State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓ | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PIA Clerk - Riverside (PIAED) |
| ✓ | PSA - Los Angeles (PSALA) |
| | PSA - Santa Ana (PSASA) |
| | PSA - Riverside (PSAED) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| ✓ | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| | US Marshal Service - Riverside |
| ✓ | US Probation Office |
| | US Trustee's Office |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Address:

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk

G-75  (12/03)    NOTICE PARTY SERVICE LIST



FILED

CLERK, U.S. DISTRICT COURT

MAY 27 2004

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2003 Grand Jury

| UNITED STATES OF AMERICA, | ) | CR No. **04- 632** |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | [18 U.S.C. § 1792: Riot at Federal Penal Facility; |
| JUAN PEREZ GARCIA, aka "Topo," | ) | 18 U.S.C. § 111(a)(1): Assault on a Federal Officer; |
| ALLEN LEE BRYSON, aka "Gato," ONTONIEL CARRILLO-LARA, | ) | 18 U.S.C. § 1361: Destruction of Government Property |
| JARED MICHAEL CUNNINGHAM, aka "Travieso," | ) | Resulting in Property Damage Greater than $1,000] |
| RAUL MELENDEZ, JUAN MANUEL MURO-INCLAN, aka "Lil Man," | ) | |
| DEAN JOHN PERRI, aka "Weasel," and | ) | |
| ROBERTO ROSILIO-JAUREGUI, aka "Dreamer," | ) | |
| Defendants. | ) | |

ENTERED ON ICMS

JUN 4 2004



The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1792]

On or about June 1, 2003, in Santa Barbara County, within

the Central District of California, defendants JUAN PEREZ GARCIA,

JAC:jac

1  also known as ("aka") "Topo," ALLEN LEE BRYSON, aka "Gato,"

2  ONTONIEL CARRILLO-LARA, JARED MICHAEL CUNNINGHAM, aka "Travieso,"

3  RAUL MELENDEZ, JUAN MANUEL MURO-INCLAN, aka "Lil Man," DEAN JOHN

4  PERRI, aka "Weasel," and ROBERTO ROSILIO-JAUREGUI, aka "Dreamer,"

5  instigated, connived, willfully attempted to cause, assisted, and

6  conspired to cause a mutiny and riot at United States

7  Penitentiary Lompoc, a federal penal and correctional facility.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## COUNT TWO

2

[18 U.S.C. § 111(a)(1), (b)]

3    On or about June 1, 2003, in Santa Barbara County, within

4    the Central District of California, defendant JUAN PEREZ GARCIA,

5    also known as "Topo," intentionally and forcibly assaulted,

6    resisted, opposed, impeded, intimidated, and interfered with

7    Jeffrey Horton, a Unit Manager at United States Penitentiary

8    Lompoc, while Jeffrey Horton was engaged in and on account of the

9    performance of his official duties, resulting in the infliction

10    of bodily injury.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## COUNT THREE

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant JUAN PEREZ GARCIA, also known as "Topo," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jamaal Abdul-Rahim, a Chaplain at United States Penitentiary Lompoc, while Jamaal Abdul-Rahim was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

## COUNT FOUR

[18 U.S.C. § 111(a)(1)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant JUAN PEREZ GARCIA, also known as "Topo," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Michael Wilfing, a Lieutenant at United States Penitentiary Lompoc, while Michael Wilfing was engaged in and on account of the performance of his official duties.

1

## COUNT FIVE

2
[18 U.S.C. § 111(a)(1), (b)]

3       On or about June 1, 2003, in Santa Barbara County, within

4  the Central District of California, defendant ALLEN LEE BRYSON,

5  also known as "Gato," intentionally and forcibly assaulted,

6  resisted, opposed, impeded, intimidated, and interfered with

7  Frank Carmona, a Correctional Officer at United States

8  Penitentiary Lompoc, while Frank Carmona was engaged in and on

9  account of the performance of his official duties, resulting in

10  the infliction of bodily injury.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT SIX

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant ALLEN LEE BRYSON, also known as "Gato," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Arturo Navarro, an Assistant Food Service Administrator at United States Penitentiary Lompoc, while Arturo Navarro was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

1

<u>COUNT SEVEN</u>

2

[18 U.S.C. § 111(a)(1), (b)]

3          On or about June 1, 2003, in Santa Barbara County, within

4   the Central District of California, defendant ONTONIEL CARRILLO-

5   LARA intentionally and forcibly assaulted, resisted, opposed,

6   impeded, intimidated, and interfered with Frank Carmona, a

7   Correctional Officer at United States Penitentiary Lompoc, while

8   Frank Carmona was engaged in and on account of the performance of

9   his official duties, resulting in the infliction of bodily

10  injury.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

## COUNT EIGHT

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant ONTONIEL CARRILLO-LARA intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Jonathan Harris, an Senior Officer Specialist at United States Penitentiary Lompoc, while Jonathan Harris was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

COUNT NINE

[18 U.S.C. § 111(a)(1)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant JARED MICHAEL CUNNINGHAM, also known as "Travieso," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Robert Hodak, a Lieutenant at United States Penitentiary Lompoc, while Robert Hodak was engaged in and on account of the performance of his official duties.

10

## COUNT TEN

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant RAUL MELENDEZ intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Michael Nielsen, a Correctional Officer at United States Penitentiary Lompoc, while Michael Nielsen was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

11

1

<u>COUNT ELEVEN</u>

2

[18 U.S.C. § 111(a)(1), (b)]

3       On or about June 1, 2003, in Santa Barbara County, within

4   the Central District of California, defendant JUAN MANUEL MURO-

5   INCLAN, also known as "Lil Man," intentionally and forcibly

6   assaulted, resisted, opposed, impeded, intimidated, and

7   interfered with Frank Carmona, a Correctional Officer at United

8   States Penitentiary Lompoc, while Frank Carmona was engaged in

9   and on account of the performance of his official duties,

10  resulting in the infliction of bodily injury.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT TWELVE

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant DEAN JOHN PERRI, also known as "Weasel," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with James Dyer, a Cook Supervisor at United States Penitentiary Lompoc, while James Dyer was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

13

## COUNT THIRTEEN

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant DEAN JOHN PERRI, also known as "Weasel," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Michael Wilfing, a Lieutenant at United States Penitentiary Lompoc, while Michael Wilfing was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

14

1

## COUNT FOURTEEN

2

[18 U.S.C. § 111(a)(1), (b)]

3      On or about June 1, 2003, in Santa Barbara County, within

4  the Central District of California, defendant ROBERTO ROSILIO-

5  JAUREGUI, also known as "Dreamer," intentionally and forcibly

6  assaulted, resisted, opposed, impeded, intimidated, and

7  interfered with Frank Carmona, a Correctional Officer at United

8  States Penitentiary Lompoc, while Frank Carmona was engaged in

9  and on account of the performance of his official duties,

10  resulting in the infliction of bodily injury.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT FIFTEEN

[18 U.S.C. § 111(a)(1), (b)]

On or about June 1, 2003, in Santa Barbara County, within the Central District of California, defendant ROBERTO ROSILIO-JAUREGUI, also known as "Dreamer," intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with James Dyer, a Cook Supervisor at United States Penitentiary Lompoc, while James Dyer was engaged in and on account of the performance of his official duties, resulting in the infliction of bodily injury.

16

1 <u>COUNT SIXTEEN</u>

2 [18 U.S.C. § 1361]

3     On or about June 1, 2003, in Santa Barbara County, within

4 the Central District of California, defendants JUAN PEREZ GARCIA,

5 also known as ("aka") "Topo," ALLEN LEE BRYSON, aka "Gato,"

6 ONTONIEL CARRILLO-LARA, JARED MICHAEL CUNNINGHAM, aka "Travieso,"

7 RAUL MELENDEZ, JUAN MANUEL MURO-INCLAN, aka "Lil Man," DEAN JOHN

8 PERRI, aka "Weasel," and ROBERTO ROSILIO-JAUREGUI, aka "Dreamer,"

9 willfully injured and committed a depredation, and attempted to

10 do so, against property of the United States, or of any

11 department and agency thereof, specifically, property of the

12 United States Bureau of Prisons located in K-Unit of United

13 States Penitentiary Lompoc, which resulted in property damage in

14 excess of $1,000.

15                         A TRUE BILL

16

17                         *Elizabeth Hartman*

18                         Foreperson

19 DEBRA W. YANG
United States Attorney

20

21

22 STEVEN D. CLYMER
Special Assistant United States Attorney
23 Chief, Criminal Division

24

25 JENNIFER A. CORBET
APRIL CHRISTINE
Assistant United States Attorneys
26 Organized Crime and Terrorism Section

27

28

                      17