DWIGHT C. HOLTON, OSB #090540
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB # 913841**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
greg.r.nyhus@usdoj.gov
      Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **10-CR-432 (MO)** |
| | **02-CR-60020-01- (HO)** |
| **v.** | |
| | **NOTICE OF REASSIGNMENT OF** |
| **ALLEN LEE BRYSON, Jr.,** | **ASSISTANT UNITED STATES** |
| | **ATTORNEY** |
| **Defendant.** | |

Please be advised that the above-captioned cases are reassigned to Assistant United

States Attorney Gregory R. Nyhus, who can be contacted via e-mail at

Greg.R.Nyhus@usdoj.gov

Dated this 7th day of March 2011.


Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney
District of Oregon


*s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB 913841
Assistant United States Attorney