FILED 11 MAR 04 15:32 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | CR 10-432-01-MO |
| v. | DETENTION ORDER |
| ALLEN LEE BRYSON JR. | Violation of Supervised Release |
| Defendant(s) | |

After ☐ a preliminary hearing ☒ waiver of preliminary hearing, pursuant to FRCrP 32.1(a)(1) and/or FRCrP 46(c) and 18 USC § 3143 (violation of probation or supervised release), the court finds that there is probable cause to hold defendant for a revocation hearing and that defendant has not met his/her burden of establishing by clear and convincing evidence that he/she will not flee and/or not pose a danger to another person or to the community.

THEREFORE, IT IS ORDERED pursuant to 18 USC § 3142(i)(2)-(4) that:

1. Defendant is detained pending a probation/supervised release revocation hearing.

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel;

4. The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

DATED: _March 4_, 2011.    _____
United States Magistrate Judge