DWIGHT C. HOLTON, OSB #090540
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB # 913841**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
greg.r.nyhus@usdoj.gov
      Attorneys for United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 10-CR-432 (MO) |
| v. | **JOINT MOTION FOR CONTINUANCE OF HEARING** |
| **ALLEN LEE BRYSON, Jr.,**            Defendant. | |

      The United States of America, by Dwight C. Holton, United States Attorney for the District of Oregon, through Gregory R. Nyhus, Assistant United States Attorney (AUSA) for the District of Oregon, hereby moves the court for an order continuing the final hearing for revocation of supervised release in this matter, currently scheduled for March 14, 2011.

      Defendant made his initial appearance in Portland, Oregon on March 4, 2011, for the above-referenced case, plus his two additional criminal matters: Case 02-CR-60020-HO, a supervised release from the Eugene Division currently assigned to Judge Hogan, as well as Case 11-CR-105-BR, a new felony indictment assigned last week to Judge Brown. Given the facts that two out of defendant's three cases are assigned to Judges within the Portland Division, and both counsel for the government and defendant work within the Portland Division, the

government sent a written request to the Clerk of the Court on March 7, 2011, requesting the calendaring committee please reassign all of defendant's matters to the same judge within the Portland Division. This request is pending.  On March 8, 2011, Judge Hogan granted a motion to vacating the March 9, 2011, date for the final hearing for revocation of supervised release in matter 02-CR-60020, pending its reassignment to Judge within the Portland Division.

Therefore, the government, joined by defense counsel Thomas Price, request a continuance of the final hearing for revocation of supervised release in case 10-CR-432-MO, currently scheduled for March 14, 2011, to May 10, 2011, to track with the date currently scheduled for trial in defendant's new felony indictment, 11-CR-105-BR.

DATED this 9th day of March 2011.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney
District of Oregon

*s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney